UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X          Civil Action No.:

LANA AFERZON,

                                    *Plaintiff,*          **<u>COMPLAINT</u>**

      -against-

NATALIA PIROGOVA

                                 *Defendant*.

     --------------------------------------------------------------------X

        Plaintiff Lana Aferzon ("Plaintiff"), by her attorneys Oved & Oved LLP, complaining of the Defendant Natalia Pirogova sets forth and alleges, upon information and belief, as follows:

**<u>PARTIES</u>**

        1.   Plaintiff is a natural person and a citizen and resident of the State of Connecticut.

        2.   Defendant is a natural person who is a citizen of the Russian Federation and is not a citizen nor is she domiciled in the State of Connecticut.

**<u>JURISDICTION AND VENUE</u>**

        3.   Federal subject matter jurisdiction exists pursuant to 28 U.S.C. 1332 because (i) there is complete diversity jurisdiction in that the Plaintiff is a citizen of the State of Connecticut and the Defendant is not a citizen or domiciliary of the State of Connecticut and (ii) the amount in controversy exceeds $75,000.

        4.   Venue is proper in this District pursuant to 28 U.S.C. 1391 as the Defendant executed the notes that are the subject of this litigation in New York, New York.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

5.      On or about July 22, 2014, Defendant executed in favor of Plaintiff a Promissory Note (the "First Note") in consideration of a loan extended by Plaintiff to Defendant in the principal amount of $700,000.

6.      On or about November 25, 2014, Defendant executed in favor of Plaintiff a second Promissory Note (the "Second Note" and together with the First Note, the "Notes") in consideration of another loan extended by Plaintiff to Defendant in the principal amount of $200,000.

7.      Pursuant to the terms of the First Note, Defendant covenanted and agreed to repay the entire principal amount thereof, together with interest thereon running from the date of the First Note calculated at the rate of interest set forth therein, on or before July 31, 2015.

8.      Pursuant to the terms of the Second Note, Defendant covenanted and agreed to repay the entire principal amount thereof, together with interest thereon running from the date of the Second Note and calculated at the rate of interest set forth therein, on or before November 25, 2015.

9.      Defendant has defaulted on the Notes because Defendant has failed to remit any payments of principal or interest to Plaintiff in repayment of the Notes.

10.     The total principal and interest due on the First Note, as calculated through June 22, 2017 is $1,110,277.78 plus interest continuing to run thereon at the interest rate set forth therein.

11.     The total principal and interest due on the Second Note, as calculated through June 22, 2017 is $282,577.78 plus interest continuing to run thereon at the interest rate set forth therein.

**WHEREFORE**, Plaintiff demands a money judgment in Plaintiff's favor and against Defendant (i) on the First Note in the amount of $1,110,277.78 plus (a) pre-judgment interest running from and including June 23, 2017 at a rate of 20% per annum on any unpaid principal until the date of the judgment and (b) post-judgment running from the date of judgment until paid in full at the rate of 20%; (ii) on the Second Note in the amount of $282,577.78 plus (a) pre judgment interest running from and including June 23, 2017 at a rate of 16% per annum on any unpaid principal until the date of the judgment and (b) post-judgment running from the date of judgment until paid in full at the rate of 16%; (iii) Plaintiff's costs and expenses, including her attorneys' fees to the extent permitted by applicable law; and (iv) for any such other and further relief as the Court may deem just and proper.

Dated: New York, New York
June 24, 2017

By: _____

Darren Oved, Esq.
Edward C. Wipper, Esq.
OVED & OVED LLP
*Attorneys for Plaintiff*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2376

## <u>VERIFICATION</u>

Lana Aferzon hereby verifies to the following under penalties of perjury:

     1.     I am the Plaintiff in this action.

     2.     I have read and know the contents of the foregoing VERIFIED COMPLAINT and that the same are true to my own knowledge, except as to the matters to be alleged on information and belief, and as to those matters I believe them be true.

     3.     The grounds of my belief as to all matters in said VERIFIED COMPLAINT are my general knowledge and involvement in the events giving rise to this litigation and a general investigation and review of the facts and records in this case.

     4.     Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2017

Lana Aferzon